S. Peter Serrano
United States Attorney
Eastern District of Washington
Lisa C. Cartier Giroux
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANUEL VARGAS, JR.,

Defendant.

INDICTMENT  2:25-cr-00154-RLP

Vios: 21 U.S.C. § 846
Conspiracy to Distribute
Fentanyl and
Methamphetamine
(Count 1)

21 U.S.C. § 841(a)(1),
(b)(1)(A)(viii)
Possession with Intent to
Distribute of 50 Grams or
More of Actual (Pure)
Methamphetamine
(Count 2)

21 U.S.C. § 841(a)(1),
(b)(1)(B)(vi)
Possession with Intent to
Distribute of 40 Grams or
More of Fentanyl
(Count 3)

INDICTMENT – 1

18 U.S.C. § 924(c)(1)(A)(i)
Possession of a Firearm in
Furtherance of Drug
Trafficking
(Count 4)

18 U.S.C. §§ 922(g)(1),
924(a)(8)
Felon in Possession of a
Firearm and Ammunition
(Count 5)

21 U.S.C. § 853,
18 U.S.C. § 924(d)(1),
28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown, but by on or about September 2024, the exact date being unknown to the Grand Jury, and continuing through and including September 25, 2025, in the Eastern District of Washington and elsewhere, the Defendant, MANUEL VARGAS, JR., did knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown, to commit the following offenses: distribution of 400 grams or more of a mixture or substance containing a detectible amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (a/k/a fentanyl), in violation of 21 U.S.C. 841(a)(1), (b)(1)(A)(vi) and distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. 841(a)(1), (b)(1)(A)(viii), both Schedule II controlled substances, all in violation of 21 U.S.C. § 846.

INDICTMENT – 2

## COUNT 2

On or about September 25, 2025, in the Eastern District of Washington, the Defendant, MANUEL VARGAS, JR., knowingly possessed with the intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 3

On or about September 25, 2025, in the Eastern District of Washington, the Defendant, MANUEL VARGAS, JR., knowingly possessed with the intent to distribute 40 grams or more of a mixture or substance containing a detectible amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (a/k/a fentanyl), a Schedule II controlled, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 4

On or about September 25, 2025, in the Eastern District of Washington, the Defendant, MANUEL VARGAS, JR., knowingly possessed a firearm, that is a loaded Sig Sauer P365 9mm pistol bearing serial number 66A379526, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, as charged in Count 2; and Possession with Intent to Distribute 40 Grams or More of Fentanyl, as charged in Count 3, in violation of 21 U.S.C. § 841(a)(1); all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 5

On or about September 25, 2025, in the Eastern District of Washington, the Defendant, MANUEL VARGAS, JR., knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: a Sig Sauer P365 9mm pistol bearing serial number 66A379526 and 9mm

INDICTMENT – 3

caliber ammunition, which firearm and ammunition had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## SERIOUS DRUG FELONY

Before MANUEL VARGAS, JR. committed the offenses as charged in Counts 1, 2, and 3, MANUEL VARGAS, JR. had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(58), to wit: Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), in the Eastern District of Washington, in case number 2:10-CR-00038-RLP-1, for which he served a term of imprisonment of more than 12 months and was released from imprisonment within 15 years of commencement of the instant offense(s).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, the Defendant MANUEL VARGAS, JR., shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to:

- a Sig Sauer P365 9mm pistol bearing serial number 66A379526 and loaded ammunition

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 924(c)(1)(A)(i) and/or 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, MANUEL

INDICTMENT – 4

VARGAS, JR., shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense(s), including, but not limited to:

- a Sig Sauer P365 9mm pistol bearing serial number 66A379526 and loaded ammunition

If any forfeitable property, as a result of any act or omission of the Defendant:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 9th day of October 2025.

A TRUE BILL



_____
S. Peter Serrano
United States Attorney

_____
Lisa C. Cartier Giroux
Assistant United States Attorney

INDICTMENT – 5